**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | | |
|---|---|---|
| ROADBUILDERS MACHINERY SUPPLY CO., INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 11-CV-2681-KHV-DJW |
| SENNEBOGEN, LLC, | ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT'S MOTION TO DISMISS OR STAY PROCEEDINGS AND COMPEL ARBITRATION

COMES NOW Defendant and pursuant to F. R. Cv. P. Rule 12(b) and the Federal Arbitration Act, 9 U.S.C. §1 *et seq.*, moves this Court to dismiss this action or stay the proceedings and compel arbitration. This action arises out a Defendant's termination of a Distribution Agreement between it and Midwest Equipment Co., LLC. The Distribution Agreement contains a mandatory arbitration clause requiring all disputes to be resolved by mandatory arbitration. Plaintiff is not a party to the Distribution Agreement and is therefore not the real party in interest to maintain this action. As a result, this action should be dismissed, unless the real party in interest is substituted within a reasonable time. Once the real party in interest issue is resolved, this Court should stay this proceeding and compel arbitration as required by the Distribution Agreement.

In further support of its Motion, Defendant refers the Court to its accompanying memorandum.

WHEREFORE, Defendant moves the Court to grant its motion for the requested relief and whatever further and other relief the Court deems just and equitable.

1

2

Respectfully submitted,

s/Todd E. Shadid
Todd E. Shadid
S.C. #16615
Attorneys for Defendant
KLENDA AUSTERMAN LLC
301 N. Main, Ste. 1600
Wichita, KS  67202-4816
Telephone:  (316) 267-0331
Facsimile:   (316) 267-0333
E-mail:  tshadid@klendalaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of January, 2012, a true and correct copy of the foregoing was filed electronically with the United States District Clerk for the District of Kansas, and shall be served on parties of interest via e-mail by the Court pursuant to CM/ECF.

s/Todd E. Shadid
Todd E. Shadid

2